**Order filed, January 31, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-01027-CR

_____

**RAUL  GARCIA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 176th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1365300**

---

## ORDER

The reporter's record in this case was due **December 23, 2013**.  *See* Tex. R. App. P. 35.1.  On **January 06, 2014** this court GRANTED Janet Ragan's motion for extension of time to file the record until **January 22, 2014**. The court has not received a request to extend time for filing the record.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Janet Ragan**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM